UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

JUDGMENT IN A CIVIL CASE

BARBARA MIKESELL, )
)
vs. ) Case No. 08-3241-CV-S-RED-SSA
)
MICHAEL J. ASTRUE, )
Commissioner of the Social Security. )
)

__ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X   Decision by Court. This action came to determination before the Court. The issues have been determined and a decision has been rendered.

Upon review of the record, the Court finds that the Administrative Law Judge applied the correct legal standard and substantial evidence on the record as a whole supports the Administrative Law Judge's findings and conclusions in this case. Accordingly, the Court **AFFIRMS** the decision of the Administrative Law Judge.

**IT IS SO ORDERED.**

August 13, 2009                        Ann Thompson
Date                                   Clerk of the Court

Entered on: August 14, 2009            s/ Karen Siegert
                                       (By) Deputy Clerk